UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-                                            Case No.    3:21-mj-1020-JRK

**BRADLEY WEEKS**           Defense Atty: Matthew R. Kachergus, Esquire
                                             AUSA: Laura Cofer Taylor, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 1/21/2021<br>3:10 p.m. – 3:42 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Kimberly Barrett |

CLERK'S MINUTES

**PROCEEDINGS:**     INITIAL APPEARANCE RULE 5(c)(3)

Attorney Matthew R. Kachergus advised that his firm has been retained on a limited basis to represent Defendant.

Defendant arrested January 21, 2021 by the FBI on a warrant issued out of the District of Columbia and brought to Court today.

Defendant advised of rights, charges, penalties, and special assessment.

Defendant advised of his right to a preliminary hearing and Rule 20 Transfer Provision.

Government recommends a bond.

**BOND SET: $5,000.00 Unsecured Appearance Bond**

**Order Setting Conditions of Release to enter.**

[Continued to Page Two]

US v. Bradley Weeks
Case No.: 3:21-mj-1020-JRK
Page Two

_____

Government's oral motion to provide name of party with whom Defendant should have no contact under seal, with no objection from Defendant, is **GRANTED.**

Counsel for Defendant advised the Court that Defendant desires to waive his preliminary hearing.

Defendant placed under oath and questioned regarding waiving such rights. Waiver of Rule 5(c)(3) Hearings executed in open court.

The Court finds that Defendant knowingly, intentionally, voluntarily and freely waived his right to a preliminary hearing. **Order to enter.**

Defendant directed to appear before a D.C. Magistrate Judge, United States Courthouse, 333 Constitution Avenue N.W., Washington D.C. 20001, Courtroom 06, on January 26, 2021 at 1:00 p.m. via Zoom.

**FILED IN OPEN COURT:**
     **WAIVER OF RULE 5(c)(3) HEARINGS**