UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILE DIVISION

**UNITED STATES OF AMERICA**

v.

**BRADLEY WEEKS**

**ORDER SETTING CONDITIONS OF RELEASE**

Case No. 3:21-mj-1020-JRK

    **IT IS ORDERED** that the release of the Defendant is subject to the following conditions:

(1)     The Defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations or convictions to __✓__ Pretrial Services ____ Probation Office immediately.

(2)     The Defendant shall report any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop to __✓__ Pretrial Services ____ Probation Office immediately.

(3)     The Defendant **shall remain at the address provided to** __✓__ **the Court** ____ Pretrial Services ____ Probation Office, and shall not change that address without prior permission from the ____ Court __✓__ Pretrial Services ____ Probation Office.

(4)     The Defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The Defendant shall next appear __✓__ **before a D.C. Magistrate Judge, 333 Constitution Avenue N.W., Washington D..C. 20001, Courtroom 06, on** __1-26-2021__ **at 1:00 p.m. Defendant shall appear virtually.**
    _____ upon notification of the Clerk of Court.

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the Defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the Defendant is subject to the conditions set forth below:

(5) **Financial Conditions:**

___ The Defendant shall execute a **Secured Appearance Bond** binding Defendant to pay the United States of America the sum of $_____, with $_____, **deposited with the Registry of the Clerk of Court, in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.**

✓ The Defendant shall execute an **Unsecured Appearance Bond** binding Defendant to pay the United States of America the sum of $ 5,000.00 , **with no money deposited with the Registry of the Clerk of Court, in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.**

___ The Defendant shall execute a **Secured Appearance Bond**, co-signed by the Defendants' _____, binding Defendant to pay the United States of America the sum of $_____, with $_____, **deposited with the Registry of the Clerk of Court, on or before _____, in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.**

___ The Defendant shall execute an **Unsecured Appearance Bond**, co-signed by the Defendants' _____, binding Defendant to pay the United States of America the sum of $_____, **with no money deposited with the Registry of the Clerk of Court, in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.**

___ (6) **Release on Personal Recognizance or Unsecured Bond**

**IT IS FURTHER ORDERED** that the Defendant be released provided that:

The Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(7) **CUSTODIANSHIP**

The Defendant is placed in the custody of _____
who agrees: (a) to supervise the Defendant in accordance with all the conditions of release; (b) to use every effort to assure the appearance of the Defendant at all scheduled court proceedings; and (c) to notify the Court immediately in the event the Defendant violates any conditions of release or disappears.

_____ Signed_____
Date                                                            Custodian or Proxy

                                            Address:_____

                                            _____

                                            _____

                                            Telephone:_____

(8) **CO-CUSTODIANSHIP**

The Defendant is placed in the co-custody of:_____
who agrees: (a) to supervise the Defendant in accordance with all the conditions of release; (b) to use every effort to assure the appearance of the Defendant at all scheduled court proceedings; and (c) to notify the Court immediately in the event the Defendant violates any conditions of release or disappears.

_____ Signed_____
Date                                                            Custodian or Proxy

                                            Address:_____

                                            _____

                                            _____

                                            Telephone:_____

(9) **Specific Conditions: The Defendant shall:**

✓ A. Report on a regular basis to **Pretrial Services Office** as directed by the Pretrial Services Officer.

✓ B. Maintain or actively seek lawful employment.

___ C. Maintain or commence an educational or vocational program.

✓ D. Abide by the following restrictions on travel: **Defendant's travel is restricted to** Middle District of Florida .

    ✓ Defendant's travel may be modified by the Pretrial Services Officer.

    ✓ The Defendant will be permitted to travel from Middle District of FL to District of Columbia for consultation with counsel or any scheduled court appearances in the District of Columbia. *JWK* Defendant must provide Pretrial Services with dates of travel to D.C. and back to Middle Fla. and location

✓ E. Avoid all contact, directly or indirectly, outside the presence of counsel with where he the following persons: whose identity shall be retained provided to Defendant and placed under seal. will stay on

___ F. Comply with the following curfew: **Defendant must be in __ his __ her** D.C. **residence between the hours of** _____.

    ___ Defendant's curfew may be modified by the Pretrial Services Officer.

___ G. Comply with the following curfew: **Defendant must be in the residence of the third party custodian between the hours of** _____.

    ___ Defendant's curfew may be modified by the Pretrial Services Officer.

✓ H. Refrain from possessing a firearm, destructive device, or other dangerous weapon.

✓ I. Refrain from ____**any** ✓ **excessive** use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C § 802 unless prescribed by a licensed medical practitioner.

___ J. Continue or undergo medical or psychiatric treatment as needed as directed by Defendant's Pretrial Services Officer.

___ K. Submit to _____ a psychiatric evaluation and treatment _____ mental health evaluation and treatment as directed by the Pretrial Services Office, with cost borne by Defendant as determined by the Pretrial Services Office.

-4-

✓ L. Undergo drug testing, urinalysis testing, education, and treatment as directed by the Pretrial Services Office with the cost borne by Defendant as determined by the Pretrial Services Office.

___ M. Submit to any method of testing required by the Pretrial Services Office or the Supervising Officer for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall be financially responsible for this program to the extent determined by the Pretrial Services Office.

✓ N. Refrain from obstructing or attempting to obstruct, adulterate, dilute or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

✓ O. ~~Surrender passport to the Clerk of Court by~~ *jw* _____, ~~and~~ **N**ot apply for or obtain a new ~~or replacement~~ passport, or any other travel document. *jw*

___ P. Not use any credit or credit access devices or incur any charge on credit, unless pre-approved by the Pretrial Services Officer.

___ Q. Not be involved in any financial transactions involving the use of checks and not use any credit or credit access devices or incur any charge on credit.

___ R. Continue to abide by the Standard Terms and any Special Terms of Supervision of Probation in the Judgment in a Criminal Case (Doc. No. ___), filed in this case on _____.

___ S. Continue to abide by the Standard Conditions and any Special Conditions of Supervision in the Judgment in a Criminal Case (Doc. No. ___), filed in this case on _____.

✓ T. Participate in the electronic monitoring program under the direction of Pretrial Services. Costs to be contributed by the Defendant at the direction of Pretrial Services. *Global Positioning System. jw*

___ U. Participate in the following home confinement program component and abide by all of the requirements of the program which will include either electronic monitoring or global positioning system under the direction of Pretrial Services. Costs to be contributed by the Defendant at the direction of Pretrial Services.

Comply with the following curfew: **Defendant must be in the third party Custodian's residence at all times except for attorney visits; medical appointments; religious services; court appearances; court ordered**

-5-

obligations; or other activities, including employment, as pre-approved by the Pretrial Services Officer.

___ V. Not possess or use any computer or access the internet or possess or use any cellular telephone or other devices that have internet access capabilities.

___ Pretrial Services may pre-approve Defendant's use or access of a computer having internet access capabilities solely for seeking employment or employment related matters.

___ W. Submit to inspections of any computer(s) or electronic device(s) to ensure that it does not have the capability to access the internet.

___ X. Not have any contact with minors without direct supervision of a responsible adult.

___ Y. Not enter or visit any areas or locations where children regularly congregate, including but not limited to schools, child care facilities, libraries, parks, playgrounds, and shopping malls.

___ Z. Not have any direct or indirect contact outside the presence of counsel with victims, witnesses or family of victims or witnesses.

(10) **Special Condition(s):**

_____
_____
_____
_____

(11) **Prior to Defendant's Release:**

___ A. Defendant shall suggest a third party custodian and a hearing must be conducted for the Court to find the third party custodian suitable.

___ A third party custodian hearing was held and the court is satisfied with the third party custodian.

___ B. The Court must conduct a *Nebbia* hearing to determine the source of collateral being utilized in posting the bond.

___ A *Nebbia* hearing was held and the Court is satisfied that the *Nebbia* requirements have been met as to the source of collateral being utilized in posting the bond.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 1/21/2021

_Brian Wukk_ (signed)
Signature of Defendant

8772 Poplar Street
Address

Macclenny, FL      904-509-3500
City and State  32063   Telephone

**DIRECTIONS TO UNITED STATES MARSHAL**

(✓) The Defendant is **ORDERED** released after processing.

( ) The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by the clerk or judicial officer that the Defendant has posted bond and/or complied with all other conditions of release. The Defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 1-21-2021

_James R. Klindt_ (signed)
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Taylor)
Matthew Kachergus, Esquire
U.S. Marshals Service
U.S. Pretrial Services
U.S. Probation Office
Defendant
Third Party Custodian(s) (if any)