**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:21-mj-1020-JRK

BRADLEY WEEKS

---

**O R D E R**

The Defendant appeared before this Court pursuant to Rule 5(c)(3), Fed.R.Crim.P., having been arrested on an Arrest Warrant, based on a Criminal Complaint filed in the District of Columbia. The Defendant was advised of the charges, penalties, his rights, the potential consequences, and of his right to counsel.

The Defendant appeared with counsel and freely, voluntarily, knowingly, and intentionally waived his right to a preliminary hearing.

Accordingly, it is hereby **ORDERED:**

1. The Defendant, having been released on conditions of release, is directed to appear before a magistrate Judge, United States Courthouse, 333 Constitution Avenue N.W., Washington D.C., 20001, Courtroom 06, on January 26, 2021, at 1:00 p.m. via Zoom.

2. The Clerk of Court shall transmit to the District of Columbia any appropriate documentation from the file and then close the file.

**DONE AND ORDERED** at Jacksonville, Florida on January 22, 2021.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Assistant United States Attorney (Taylor)
Matthew R. Kachergus, Esquire
United States Marshals Service
United States Pretrial Services
Defendant (on bond)